# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 14, 2025

## NO. 03-24-00482-CV

**CPG 220 Holdings 2014, LLC, and CPG 208 Nueces Holdings 2015, LLC, Appellants**

**v.**

**Branigan Mulcahy, Appellee**

---

**APPEAL FROM THE 345TH DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE CHIEF JUSTICE BYNE, JUSTICES TRIANA AND KELLY**
**AFFIRMED -- OPINION BY JUSTICE KELLY**

---

This is an appeal from the Order Denying Defendants' Motion to Stay and Compel Arbitration signed by the trial court on July 10, 2024. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the order. Therefore, the Court affirms the trial court's order. Appellants shall pay all costs relating to this appeal, both in this Court and in the court below.